**In re Eva Christine THIEL, Debtor.**

**Wimer & Associates, PC, d/b/a Asheville Law Group, Plaintiff–Appellant,**

v.

**Eva Christine Thiel, Defendant–Appellee.**

**No. 15–1310.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 22, 2015.

Decided: Jan. 5, 2016.

D. Rodney Kight, Jr., Asheville, North Carolina, for Appellant. Kevin J. Radey, Law Offices of Kevin J. Radey, PLLC, Asheville, North Carolina, for Appellee.

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wimer & Associates, P.C., appeals from the district court's order affirming the bankruptcy court's order dismissing its adversary proceeding filed in Eva Christine Thiel's bankruptcy case seeking a determination that Thiel's debt to it for pre-petition legal fees was not dischargeable in her bankruptcy case. We have reviewed the parties' arguments and the record submitted on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wimer & Assocs., P.C. v. Thiel*, No. 1:14–cv–00168–MR, 2015 WL 773401 (W.D.N.C. Feb. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*